**ESTATE of Rose Gerber JAEGER, Carl F. Graf, Admr. W.W.A., Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 13303.**

United States Court of Appeals
Sixth Circuit.

Feb. 19, 1958.

Paul Thomas Key, Eugene W. Butler, Columbus, Ohio, for petitioner.

Charles K. Rice, John N. Stull, Lee A. Jackson and Carolyn R. Just, Washington, D. C., for respondent.

Before ALLEN, McALLISTER and STEWART, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court and the Court being duly advised.

Now therefore, it is ordered, adjudged and decreed, that the decision appealed from be, and is hereby affirmed in accordance with the findings of fact and conclusions of law of the Tax Court, 27 T.C. 863.

**Margaret D. HOPKINS, Appellant,**

v.

**UNITED STATES of America,**

**No. 15923.**

United States Court of Appeals
Eighth Circuit.

Dec. 12, 1957.

Edward L. Scheufler, U. S. Atty., and Paul R. Shy, Asst. U. S. Atty., Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 152 F. Supp. 473, docketed and dismissed for want of prosecution, on motion of appellee.

**FIRST CHRISTIAN CHURCH OF CAMERON, Inc., Appellant,**

v.

**DUNN–WRIGHT CONSTRUCTION COMPANY, Inc.**

**No. 15890.**

United States Court of Appeals
Eighth Circuit.

Dec. 17, 1957.

C. D. Hale and Watkins & Watkins, St. Joseph, Mo., for appellant.

John B. Ewing, Jr., and Brenner, Van. Valkenburgh & Wimmell, Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at cost of the appellant, on stipulation of parties.